McGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
May 18, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GANT VAN DER BOOM, DARLEEN ROLAND, AND JENA BURNS,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION MEDICAL PRODUCTS, INC., A CALIFORNIA CORPORATION, JEREMY PERKINS, AND MARC REYNOLDS,<br><br>Defendants. | CASE NO.  2:15-CV-0428 MCE KJN<br><br>THE UNITED STATES' NOTICE OF INTERVENTION FOR SETTLEMENT |

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies this Court that it is intervening in this action for the sole purpose of filing a Joint Stipulation of Dismissal consistent with a Settlement Agreement between the United States, Relators Gant Van der Boom, Darleen Roland, and Jena Burns, and Defendants Precision Medical Products, Inc., Jeremy Perkins, and Marc Reynolds, dated May 4, 2018.  Promptly after receiving payment under the Settlement Agreement, which is due by June 3, 2018, the United States and Relators will file a Joint Stipulation of Dismissal.

The United States requests that Relators' Second Amended Complaint, along with this Notice of Intervention and the Court's Order thereon, be unsealed.  The United States further requests that all other previously-filed contents of the Court's file in this matter (including any applications filed by the United States for an extension of the investigative period, and supporting documents, applications for partial lifting of the seal, any orders previously entered in this matter) remain under seal because in

1  discussing the content and extent of the United States' investigation, such papers are provided by law to
2  the Court alone for the sole purpose of evaluating whether the seal and time for making an election to
3  intervene should be extended.

4      A proposed order accompanies this notice.

6  Dated:  May 18, 2018                           McGREGOR W. SCOTT
                                                     United States Attorney

8                                  By:  /s/ John R. Edwards
                                         JOHN R. EDWARDS
9                                           Assistant United States Attorney

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is employed in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on May 18, 2018, she served a copy of:

**THE UNITED STATES' NOTICE OF INTERVENTION FOR SETTLEMENT**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Clayeo C. Arnold
Leslie S. Guillon
CLAYEO C. ARNOLD, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA  95823
Phone:  916-924-3100
Fax:      916-924-1829
E-mail:  lguillon@justice4you.com
Attorney for Relators

 /s/ Joni L. Jones
Joni L. Jones

NOTICE OF INTERVENTION FOR SETTLEMENT     3