McGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GANT VAN DER BOOM, DARLEEN ROLAND, AND JENA BURNS,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION MEDICAL PRODUCTS, INC., A CALIFORNIA CORPORATION, JEREMY PERKINS, AND MARC REYNOLDS,<br><br>Defendants. | CASE NO. 2:15-CV-00428 MCE KJN<br><br>ORDER ON THE UNITED STATES' NOTICE OF INTERVENTION FOR SETTLEMENT |

The United States having intervened in this action for settlement, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that Relators' Second Amended Complaint, the United States' Notice of Intervention, and this Order, be unsealed;

IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this action remain under seal and not be made public;

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: May 22, 2018

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON NOTICE OF INTERVENTION FOR SETTLEMENT

1