McGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GANT VAN DER BOOM, DARLEEN ROLAND, AND JENA BURNS,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION MEDICAL PRODUCTS, INC., A CALIFORNIA CORPORATION, JEREMY PERKINS, AND MARC REYNOLDS,<br><br>Defendants. | CASE NO. 2:15-CV-0428 MCE KJN<br><br>THE UNITED STATES' AND RELATORS' JOINT STIPULATION OF VOLUNTARY DISMISSAL OF THIS CASE |

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States and Relators Gant Van der Boom, Darleen Roland, and Jena Burns (collectively "Relators") stipulate to the dismissal of the claims asserted in the above-captioned action, based on the terms of a Settlement Agreement between the parties effective May 4, 2018. The dismissal shall be with prejudice as to Relators. The dismissal shall be with prejudice as to the United States with respect to the Covered Conduct as defined in the Settlement Agreement, and otherwise without prejudice to the United States.

///

///

///

///

///

The United States and Relators respectfully request that this case be closed. A proposed order accompanies this stipulation.

| | | |
|---|---|---|
| Dated: May 25, 2018 | By: | */s/ Leslie S. Guillon* (as authorized on 5/25/2018) <br> Leslie S. Guillon <br> Arnold Law Firm <br> Attorneys for Relators |
| Dated: May 25, 2018 | | McGREGOR W. SCOTT <br> United States Attorney |
| | By: | */s/ John R. Edwards* <br> JOHN R. EDWARDS <br> Assistant United States Attorney |