McGREGOR W. SCOTT
United States Attorney
JOHN R. EDWARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GANT VAN DER BOOM, DARLEEN ROLAND, AND JENA BURNS,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION MEDICAL PRODUCTS, INC., A CALIFORNIA CORPORATION, JEREMY PERKINS, AND MARC REYNOLDS,<br><br>Defendants. | CASE NO. 2:15-CV-00428 MCE KJN<br><br>ORDER FOR DISMISSAL |

On May 25, 2018, the United States and Relators Gant Van der Boom, Darleen Roland, and Jena Burns filed a joint stipulation of voluntary dismissal of this case pursuant to Fed. R. Civ. P. 41(a)(1),. (ECF No. 46.) The stipulation was signed by all parties who have appeared. In accordance with the terms of that stipulation, this case is hereby DISMISSED. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE